**Subject:** Credit Card payment of invoice GoodeLaw-2
**From:** Katrenia Goode (katreniagoode@yahoo.com)
**To:** cindy@atlantalegalservices.com;
**Date:** Monday, June 13, 2011 5:03 PM

Hi Cindy,

I just spoke to Mark. He asked me to email you to request you call me tomorrow for my credit card payment information of the $70.00 for service of Greg Dockery. It would be best to reach me between 10 and 12. Thanks.

Katrenia

CONFIDENTIALITY NOTICE: The information contained in this facsimile message is ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION intended ONLY for the use of the individual or entity named herein. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please return it.