Please Remit To:
Atlanta Legal Services, Inc.
3070 Presidential Drive, Suite 148
Atlanta, Georgia 30340
Ph: (404) 876-8098 — Fax: (404) 876-8099

Katrenia Goode
Goode Law LLC
50 Fieldstone Way
Alpharetta, GA  30005

## INVOICE FOR SERVICE

IN RE: **CHARLES GOODE vs. WINGS OF ALPHARETTA**

| Invoice#: GOODELAW-5 | Link#: 89094 | Your Ref#: | DATE: 07/17/2011 | |
|---|---|---|---|---|
| **Item** | **Servee** | **Desc** | **Amount** | **PD** |
| Document Retrieval USDC | Wings Of Alpharetta, Inc., &Patel (2) | | $50.00 | — |
| Copy Cost | Wings Of Alpharetta, Inc., &Patel (2) | | $17.00 | — |
| Zone D | Wings Of Alpharetta, Inc., &Patel (2) | wings | $80.00 | — |
| Additional Paper at the same address | Wings Of Alpharetta, Inc., &Patel (2) | patel | $35.00 | — |
| Additional Paper at the same address | Wings Of Alpharetta, Inc., &Patel (2) | patel | $35.00 | — |

**TOTAL:** $217.00

ALL INVOICES DUE UPON RECEIPT
A $30 LATE FEE WILL BE ASSESSED EVERY 30 DAYS PAST DUE.

# UNITED STATES DISTRICT COURT
for the

Charles Goode
_Plaintiff_

v.   Civil Action No. 1:11 CV-01337-WSD

Wings of Alpharetta, Inc
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RA: Vipul Patel
1815 Brackendale Rd
Kennesaw, GA 30152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrenia Good ESQ
555 North Point Center East
Alpharetta, GA 30022
470-755-1962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 13 JUL 2011

_Signature of Clerk or Deputy Clerk_

Legal Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* WINGS OF ALPHRETTA, INC.
was received by me on *(date)* 7-14-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VIBUL PATEL , who is
designated by law to accept service of process on behalf of *(name of organization)* WINGS OF
ALPHARETTA, INC. on *(date)* 7-14-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-15-11

*Server's signature*

Andrew Walsh - Process Server
*Printed name and title*
ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Leon Robinson_
Plaintiff

v.

_Wings of Alpharetta_
Defendant

Civil Action No. 1:11CV01579-WSD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Vipul Patel
1815 Brackendale RD
Kennesaw, GA 30152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Katrenia Goode ESQ
555 North Point Center East
Alpharetta, GA 30022
770-755-1762

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 13 JUL 2011

_Signature of Clerk or Deputy Clerk_

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* UPUL PATEL
was received by me on *(date)* 7-14-2011.

☒ I personally served the summons on the individual at *(place)* 1715 BRICKENDALE RD.
KENNESAW, GA. 30152  on *(date)* 7-14-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 7-15-11

*Server's signature*

Andrew Welsh - Process Server
*Printed name and title*
ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Charles Goode
_____
Plaintiff

v.

Wings of Alpharetta
_____
Defendant

Civil Action No. 1:11CV-01337-WSD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vipul Patel
1815 Brackendale Rd
Kennesaw, GA 30152

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrenia Good, Esq.
555 North Point Center East
Alpharetta, GA 30022
770-755-1962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 19 JUL 2011

_____
Signature of Clerk or Deputy Clerk

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* **VIPUL PATEL**
was received by me on *(date)* **7-14-2011** .

☒ I personally served the summons on the individual at *(place)* **1815 BLACKGUARDALE RD KENNESAW, GA. 30152**   on *(date)* **7-14-2011** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **7-15-11**
_____
*Server's signature*

**Andrew Walsh - Process Server**
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340
*Server's address*

Additional information regarding attempted service, etc: