# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-01337-WSD-CCH
## Goode v. Wings of Alpharetta, Inc.
## Honorable C. Christopher Hagy

Minute Sheet for proceedings held In Open Court on 02/22/2012.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 3:05 P.M.      TAPE NUMBER: FTR
TIME IN COURT: 00:55                 DEPUTY CLERK: Nicholas Gard
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Justyn Alioto representing Wings of Alpharetta Inc.
Katrenia Goode representing Charles W. Goode
Timothy Walls representing Wings of Alpharetta Inc.

PROCEEDING CATEGORY: Scheduling Conference(Non-final Pretrial Conference);

MOTIONS RULED ON: [86]Motion for Sanctions DEFERRED

MINUTE TEXT: The Court and counsel for the parties held a scheduling conference. Several discovery disputes were discussed and resolved. The parties also discussed consolidating other cases pending against Defendant Wings of Alpharetta, Inc., as well as consenting to magistrate judge jurisdiction. The parties may choose to take further action in that regard.